STATE v. PEARSON

No. 541A01

Case below: 145 N.C. App. 506

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 8 November 2001. Accordingly, only those issues which are the basis of the dissenting opinion in the Court of Appeals shall be presented to this Court in briefs.

STATE v. RIDGILL

No. 443P01

Case below: 142 N.C. App. 707

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 November 2001.

STATE v. ROBINSON

No. 544A01

Case below: 145 N.C. App. 658

Motion by defendant (Carlyle Poindexter, Surety) to withdraw appeal allowed 8 November 2001.

STATE v. RUDD

No. 429P01

Case below: 144 N.C. App. 723

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 November 2001.

STATE v. SMITH

No. 521A01

Case below: 146 N.C. App. 1

Petition by Attorney General for writ of supersedeas allowed 8 November 2001. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 November 2001.